UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| THE ESTATE OF MARY MICKENDROW,<br><br>                  Plaintiff,<br><br>      -v-<br><br>MICHAEL HARRISON ATTORNEY AT LAW,<br><br>                  Defendant. | Civil Case Number: 2:20-cv-07303-ES-CLW<br><br><u>ORDER OF DISMISSAL</u> |

**IT IS HEREBY ORDERED:**

THAT pursuant to the parties' April 5, 2021 Stipulation of Dismissal, all claims asserted against Defendant MICHAEL HARRISON ATTORNEY AT LAW in Civil Action No. **2:20-cv-07303-ES-CLW**, are dismissed with prejudice; and

THAT all parties shall bear their own attorneys' fees and costs incurred in the above action.

**SO ORDERED THIS** <u>6th</u> **day of** <u>April</u>, 2021.

/s/Esther Salas
HONORABLE ESTHER SALAS
UNITED STATES DISTRICT JUDGE